IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF: ) | Case No.  BK 14-41806 |
| ) | Chapter 13 |
| SHERI MICHELLE JOHNSON ) | |
| ) | OBJECTION TO CLAIM OF |
| ) | SETERUS INC. (16) |
| Debtor(s) ) | |
| ) | |

    COMES NOW the Debtor(s) in the above entitled matter, by and through her attorney, and hereby object(s) to the Claim (16) filed by the Standing Chapter 13 Trustee on behalf of Seterus Inc. ("Creditor") for the following reasons.

    1.  Trustee filed a secured mortgage arrears claim (16) on or about March 21, 2015 for $4,958.00

    2.  Claim #16 appears to be a duplicate of Claim #17.

    3.  Without additional information and/or documentation Creditor's claim at #16 should be disallowed.

    WHEREFORE, the Debtor(s) prays that the Creditor's claim at #16 be disallowed and for whatever other relief this Court deems is just.

    DATED:  July 29, 2015

                                    SHERI MICHELLE JOHNSON
                                    Debtor(s)

                BY:   */s/ Francis X. Skrupa*
                                  Francis X. Skrupa, #19722
                                  11711 Arbor St, Ste 100
                                  Omaha, NE  68144
                                  402-571-2900

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF: ) | Case No. BK 14-41806 |
| ) | Chapter 13 |
| SHERI MICHELLE JOHNSON ) | |
| ) | |
| Debtor(s) ) | |

## NOTICE SETTING RESISTANCE DEADLINE

Pursuant to Neb. R. Bankr. P. 9013-1, you are hereby notified as follows:

1.    Francis X. Skrupa, attorney for the above captioned Debtor, has filed an OBJECTION TO CLAIM OF Seterus Inc. (16).

2.    The last day to file a resistance to the Objection to Claim is August 19, 2015. The Resistance must be served on Debtor's counsel.

3.    If the resistance period expires without the filing of any resistance, and declaration, the Court will consider entering an order granting the relief sought without further notice or hearing.

Dated: July 29, 2015    /s/ Francis X. Skrupa
Francis X. Skrupa, #19722
11711 Arbor St, Ste 100
Omaha, NE 68144
(402) 571-2900

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2015, I electronically filed the foregoing with the Clerk of the Bankruptcy Court and Kathleen Laughlin, Chapter 13 Trustee using the CM/ECF system and hereby certify I mailed the foregoing document by U.S. Mail, postage prepaid, to:

Seterus Inc.
8501 IBM Dr., Bldg 201, 2DD188
Charlotte, NC 28262

Federal National Mortgage Association
("Fannie Mae"), creditor c/o Seterus, In
PO Box 2008

Jonathon B. Burford
Kozeny & McCubbin, L.C.
12400 Olive Blvd., Ste. 555
St. Louis, MO 63141

Lisa Beth Singer
Rosicki Rosicki & Associates, P.C.
One Old Country Rd
Suite 200
Carle Place, NY 11514

/s/ Francis X. Skrupa
Francis X. Skrupa